IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **HUNTINGTON INGALLS INCORPORATED** | **PLAINTIFF** |
| v. | **Cause No. 1:19-cv-236-LG-RPM** |
| **OHT HAWK AS, OFFSHORE HEAVY TRANSPORT AS, OHT MANAGEMENT AS, SONGA SHIPMANAGEMENT LTD., SONGA CREWMANAGEMENT LTD., and the M/V HAWK, her engines, tackle, apparel, furniture, etc.,** *in rem* | |
| | **CONSOLIDATED WITH** |
| **IN THE MATTER OF OHT HAWK AS, SONGA SHIPMANAGEMENT LTD., SONGA CREW MANAGEMENT LTD. and OHT MANAGEMENT AS, AS OWNER OF THE MOTOR VESSEL HAWK PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **Cause No. 1:19-cv-00671-LG-RPM** |

**AGREED ORDER OF PARTIAL DISMISSAL
WITH PREJUDICE**

CAME ON FOR CONSIDERATION, the joint ore tenus motion of claimant Nathaniel Tolar and limitation petitioners OHT HAWK AS, Songa Shipmanagement Ltd., Songa Crewmanagement Ltd. and OHT Management AS, for dismissal with prejudice, of certain claims in the above styled and numbered cause, and the Court, being advised that the parties have come to an accord and satisfaction, finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT the claim in Limitation of Nathaniel B. Tolar (Doc. 21) should be and hereby is dismissed in its entirety and with prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 29th day of January, 2021.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED TO:

s/ *Joseph A. LoCoco*
Joseph A. LoCoco, Esq.
Attorney for Plaintiff


s/ *Michael Held*
Michael Held, Esq.
Attorney for Defendants